IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 07-cr-174-04-JF
:
JACKIE JAMES HILLS :

ORDER

AND NOW, this 10th day of December 2009, upon consideration of defendant's "Request for Appointment of Counsel and Request to Proceed with Consideration," IT IS ORDERED:

That the defendant's motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.